IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



In re

BURGI ENGINEERS, LLC,

Debtor.

BURGI ENGINEERS, LLC,

Appellant,

vs.

REULAND ELECTRIC,

Appellee.

CV 17-09-M-DLC

ORDER

Upon consideration of the Unopposed Motion of the Appellant, Burgi Engineers, LLC to dismiss the above-captioned matter with prejudice, each party to bear their fees and costs, and this Court finding that the Motion is unopposed by the Appellee Reuland Electric and is consistent with the Bankruptcy Court's Order Granting the Motion to Move Compromise to Settle Disputed Claims, dated June 1 ,2017(Doc. 220),

IT IS ORDERED that the Motion to Dismiss (Doc. 7) is GRANTED.

IT IS FURTHER ORDERED that the above-captioned matter is DISMISSED with prejudice, each party to bear their costs and fees.

Dated this 5th day of June, 2017.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court